CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 5 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| PAUL COLES, | ) CASE NO. 7:13CV00101 |
| | ) |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| v. | ) |
| | ) |
| MR. HAROLD CLARK, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

**ENTER**: This 24th day of April, 2013.

_____
Chief United States District Judge